KATE JONES, Appellant, v. SAMUEL S. ISAACS and Others, as Executors and Trustees, etc., of DAVID ISRAEL, Deceased, Respondents.— Order modified by granting partial summary judgment for $1,291.60, with interest from Septem-

ber 1, 1932; the action severed as to the balance of the sum demanded in the complaint, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.